IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RHONDA ANDERSON,<br><br>               Defendant. | 4:15-CR-3069<br><br>ORDER |

    This matter is before the Court on the plaintiff's Motion to Dismiss Indictment (filing 19). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

    IT IS ORDERED:

1. The plaintiff's Motion To Dismiss Indictment (filing 19) is granted.

2. The indictment is dismissed as to defendant Rhonda Anderson.

Dated this 3rd day of January, 2017.

                                        BY THE COURT:

                                        John M. Gerrard
                                        United States District Judge